UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS AVALOS,<br><br>    Petitioner,<br><br>    v.<br><br>A. MAURICE GONZALES, Warden,<br><br>    Respondent. | No. EDCV 13-1125-DDP (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: July 8, 2013

DEAN D. PREGERSON
United States District Judge